presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

W. J. Lewis, for appellant; Fred W. Story, of counsel. McGinnis & Sadoski, for appellee; Edward J. McGinnis, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

American Discount Company, appellee, v. W. E. Harris et al., appellants. Gen. No. 31,021.

Replevin, with count in trover. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

Caldwell Watkins, for appellants; Denison, Watkins & White, of counsel. Edward I. Rothbart, Seymour M. Lewis and Wharton Plummer, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Adam Schmall, appellee, v. The Bull Dog Auto Fire Insurance Association of Chicago, appellant. Gen. No. 31,067.

Action upon automobile indemnity insurance policy. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hosea W. Wells, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

Louis J. Behan and William J. Corrigan, for appellant; Wayne C. Townley, of counsel. Joseph A. Weber, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Joseph Sandman, appellee, v. Elmer Benesch, appellant. Gen. No. 31,076.

Action for commission for services as broker. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed with finding of facts. Opinion filed October 11, 1926.

Teller, Levit, Silvertrust & Levi, for appellant. William Feldman, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Leslie P. Voorhees and Lucien E. Harding, trustees under the last will and testament of Amos J. Harding, deceased, defendants in error, v. Rachel Harding Russell et al., plaintiffs in error. Gen. No. 30,288.

Bill by testamentary trustees for settlement of their accounts and appointment of their successor. Decree for complainants. Error to the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Writ of error dismissed. Opinion filed October 11, 1926. Rehearing denied October 25, 1926.

Bangs & Frankhauser, for plaintiffs in error; Wendell McHenry, of counsel. Wm. Sherman Carson, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.